# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:17-CR-185 |
| v. | : (Chief Judge Conner) |
| **DONCARLOS URRUTIA**, | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 23rd day of January, 2018, upon consideration of the motion (Doc. 17) to suppress evidence and statements by defendant DonCarlos Urrutia ("Urrutia"), the parties' respective briefs in support of and opposition to said motion (Docs. 18, 21, 46), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 17) to suppress is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania