# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-185** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **DONCARLOS URRUTIA**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of June, 2019, upon consideration of the motion (Doc. 85) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by defendant DonCarlos Urrutia ("Urrutia"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Urrutia's motion (Doc. 85) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:19-CV-1044.

                                                                 /S/ CHRISTOPHER C. CONNER
                                                                 Christopher C. Conner, Chief Judge
                                                                 United States District Court
                                                                  Middle District of Pennsylvania